# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132473(51)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK ANTHONY QUEEN,
      Defendant-Appellant.

SC: 132473
COA: 265914
Wayne CC: 05-018151-01

_____/

On order of the Court, the motion for reconsideration of this Court's April 13, 2007 order is considered, and it is GRANTED. We VACATE our order dated April 13, 2007. On reconsideration, the application for leave to appeal the September 21, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for reinstatement and consideration of defendant's claim of appeal and motion for remand. Aspects of defendant's appeal relate to offenses allegedly committed before December 27, 1994. See *People v Monaco*, 474 Mich 48 (2006).

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007

Clerk

d1010